IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNIVERSAL PRESERVACHEM, INC., )
)
        Plaintiff,   )
)
v.                           )           1:24CV763
)
COIM USA INC.,        )
)
        Defendant.  )

## ORDER

On September 4, 2025, the Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion to dismiss Coim USA Inc.'s amended counterclaim (Doc. 17) is DENIED as to Count One and GRANTED as to Count Two, which is dismissed.

                                            /s/   Thomas D. Schroeder
                                     United States District Judge

September 25, 2025