IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNIVERSAL PRESERVACHEM, INC., Plaintiff, | ) | |
| v. | ) | 1:24cv763 |
| COIM USA INC., Defendant. | ) | |

**ORDER**

On July 31, 2026, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Universal-NY is joined as a Plaintiff in the instant action and Defendant's motion to dismiss (Doc. 27) is DENIED as moot.

/s/ Thomas D. Schroeder
United States District Judge

September 10, 2026